UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

CIVIL ACTION NO. 5:16-03824-JMC

ASHLEY RYNES,

         Plaintiff,

vs.

NATIONAL CASUALTY COMPANY,

         Defendant.

**CONSENT ORDER OF REMAND**

The Plaintiff requests that this Court remand this case and stipulates that this matter is under Seventy-Five Thousand Dollars and No/100 ($75,000.00) inclusive of all actual damages, punitive damages, attorney fees and costs, if applicable.

With the consent of the Defendant, this Court hereby remands this case to the Court of Common Pleas for Orangburg County.

AND IT IS SO ORDERED!

                                        s/J. Michelle Childs
                                        J. Michelle Childs
                                        United States District Judge

January 17, 2017

Columbia, South Carolina

| WE CONSENT: | WE CONSENT: |
|---|---|
| CLAWSON and STAUBES, LLC | Lanier & Burroughs, LLC |

| s/Timothy A. Domin | s/Charles J. McCutchen |
|---|---|
| Timothy A. Domin | Charles J. McCutchen |
| District of S. C. Federal Bar No. 5828 | District of S. C. Federal Bar No.9027 |
| 126 Seven Farms Drive, Suite 200 | Shane M. Burroughs |
| Charleston, South Carolina  29492 | District of S. C. Federal Bar No.9753 |
| Phone:  (843) 577-2026 | David Marshall |
| tdomin@clawsonandstaubes.com | District of S. C. Federal Bar No.9854 |
| Attorney for Defendant | Post Office Drawer 2789 |
| | Orangeburg, South Carolina  29116 |
| | Phone:  (803) 268-9800 |
| | chad@landblawfirm.com |
| | shane@landblawfirm.com |
| | david@landblawfirm.com |
| | Attorneys for Plaintiff |